IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00859-BNB

DAVID MICHAEL CANTU,

    Applicant,

v.

JULIE WANDS,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 1 2010

GREGORY C. LANGHAM
                    CLERK

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 11th day of May, 2010.

                    BY THE COURT:

                    *s/Craig B. Shaffer*
                    CRAIG B. SHAFFER
                    United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00859-BNB

David Michael Cantu
Reg No. 31250-013
FCI - Florence
P.O. Box 6000
Florence, CO 81226

Marc A. Bonora
Assistant United States Attorney
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/11/10

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk